*10*

United States District Court
Southern District of Texas
**ENTERED**

**FEB 25 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE G. CARRANCO | § § § | |
| VS. | § | CIVIL ACTION NO. B-98-138 |
| DEPARTMENT OF THE TREASURY, UNITED STATES CUSTOMS SERVICE | § § § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE A MISNAMED PARTY DEFENDANT**

On the ___25___ day of ___July___, 1999, the Court considered Plaintiff's Unopposed Motion to Substitute Misnamed Party Defendant, the United States of America in place of the Department of the Treasury and the United States Customs Service. After considering the motion. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** that the United States of America will be substituted as named Defendant in place of Defendant the Department of the Treasury--United States Customs Service.

**SIGNED** on the ___25___ day of ___July___, 1999.

_____
UNITED STATES DISTRICT JUDGE