12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUADALUPE G. CARRANCO | * | |
| | * | |
| vs. | * | CIVIL ACTION Nº. B-98-138 |
| | * | |
| DEPARTMENT OF THE TREASURY-- | * | |
| UNITED STATES CUSTOMS SERVICE | * | |

## ORDER OF DISMISSAL

On this day came on to be heard the joint motion of the United States of America, defendant herein, and Guadalupe G. Carranco, plaintiff herein, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the plaintiff to refile same or any party thereof. All costs of court are taxed against the party by whom incurred.

SIGNED this 10 day of May, 1999, in Brownsville, Texas.

HILDA TAGLE
United States District Judge

